FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2021

No. 04-21-00013-CV

**Judy FREEMAN**,
Appellant

v.

Kundu **JOHNSON**, individually and as Independent Administrator of the Estate of James Phillip Johnson, deceased,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-13953
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

Appellant has filed a motion requesting an extension of time to June 18, 2021, to file a brief. We grant the motion and order appellant's brief due June 18, 2021. Counsel is advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of May, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court